IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3085 |
| | ) | |
| v. | ) | |
| | ) | |
| FABIAN ANTILLON-ESTRADA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendant has retained counsel, and retained counsel has entered an appearance in this case.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by defendant's appointed counsel, Alan Stoler, (filing no. 43), is granted.

2) The clerk shall delete Mr. Stoler from any future ECF notifications herein.

DATED this 27th day of September, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge