IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3085 |
| | ) | |
| v. | ) | |
| | ) | |
| FABIAN ANTILLON-ESTRADA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendant has asked Pretrial Services for leave to travel to South Dakota as required for his employment.   Pretrial Services and the government's counsel have no objection to this request.

Accordingly,

IT IS ORDERED:

1.      Pretrial Services Officer shall permit the defendant to travel outside his restricted area, on a schedule pre-approved by his supervising officer, for employment purposes, provided the defendant's travel does not interfere with his scheduled trial.  During the pre-approved travel, Mr. Antillon-Estrada's electronic monitoring condition shall be temporarily suspended as deemed necessary by Pretrial Services.

2.      All remaining terms of the defendant's pretrial release remain in effect.

DATED this 4th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge