# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FABIAN ANTILLON-ESTRADA, ) <br> ) <br> Defendant. ) <br> ) | 4:11CR3085 <br><br> DETENTION ORDER <br><br> PETITION FOR <br> ACTION ON CONDITIONS <br> OF <br> PRETRIAL RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

June 9, 2011

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge