IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3085 |
| | ) | |
| V. | ) | |
| | ) | |
| FABIAN ANTILLON-ESTRADA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1)  The defendant's motion for extension of time to file objections to the presentence investigation report (filing 149) is granted.

(2)  The plaintiff's motion for extension of time to respond to defendant's objections to presentence investigation report (filing 152) is granted. The plaintiff's response deadline is August 29, 2011.

DATED this 22nd day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge