IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3085-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FABIAN ANTILLON-ESTRADA, | ) | |
| | ) | |
| Defendant. | ) | |

On the defendant's oral motion, and without objection by the plaintiff,

IT IS ORDERED that:

(1)     Defendant Antillon-Estrada's sentencing is continued to Tuesday, November 29, 2011, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(2)     In light of the rescheduling, the defendant's objection to presentence investigation report (filing 150) and any related motion for departure or variance will be resolved at sentencing.

Dated September 20, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge